Rinat Klier-Erlich (State Bar No. 188933)
 rke@manningllp.com
Edwin N. Sasaki (State Bar No. 158930)
 ens@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant BRIDGET ZERNER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ELADAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J.E. MARKHAM, II, an individual; BRIDGET ZERNER, an individual, MARKHAM & READ, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-CV-07373-RGK-MRW<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT BRIDGET ZERNER TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [28 U.S.C. §§ 1447 (c), 1448.]**<br><br>[Filed Concurrently with Proposed Order and Declaration of Rinat Kleir-Erlich]<br><br>DATE: Monday, October 28, 2019<br>TIME: 9:00 a.m.<br>CTRM: 850, 8th Floor<br><br>First Amended Complaint filed: 9/5/19<br>Trial Date: Not Set |

TO PLAINTIFF PAUL ELADAT AND HIS ATTORNEYS OF RECORD:

 NOTICE IS HEREBY GIVEN that on the 28th day of OCTOBER 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 850 on the 8th floor of the above-captioned Court, located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California, 90012,

1

**NOTICE OF MOTION AND MOTION BY DEFENDANT BRIDGET ZERNER TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [28 U.S.C. §§ 1447 (c), 1448.]**

Defendant BRIDGET ZERNER will move to remand this matter to Los Angeles County Superior Court on the grounds (a) that Defendant Bridget Zerner does not consent to diversity jurisdiction, so that remand is mandatory under 28 U.S.C. §§ 1447 (c) and 1448; and (b) that Defendants John J.E. Markham II and Markham & Read consent to waive diversity jurisdiction and consent to remand of this case back to state court.

This motion is based on this notice of motion, the attached memorandum of points and authorities, the pleadings and records on file in this action, and upon such additional documents, evidence, and argument as may be properly before this Court at the time of the hearing on this motion.

DATED: September 20, 2019

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: _____
Rinat Klier-Erlich
Attorneys for Defendant BRIDGET ZERNER

NOTICE OF MOTION AND MOTION BY DEFENDANT BRIDGET ZERNER TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [28 U.S.C. §§ 1447 (c), 1448.]

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. ARGUMENT

Defendant BRIDGET ZERNER bring this motion to remand the case back to Los Angeles County Superior Court, on two independent grounds: (1) that she does not consent to removal on the basis of diversity jurisdiction, and (2) that co-Defendants John Markham II and Markham & Read law firm now waive diversity jurisdiction and consent to have this Court remand the matter to state court. (28 U.S.C. §§ 1447 (c), 1448.)

Plaintiff filed this lawsuit in state court in Los Angeles County. They served it on Defendants John Markham and his law firm on 8/23/19. On 8/26/19, Defendants John Markham and his law firm filed their notice of removal to this Court in the Central District of California. But Bridget Zerner was not named as a Defendant in the original complaint filed in state court and was therefore not consulted about the filing of the notice of removal. Defendant Zerner has now been named as a Defendant in the First Amended Complaint, filed on or about 9/05/19, but she does not consent to federal diversity jurisdiction. (See Klier-Erlich Decl. at ¶ 2-3, **Exhibit A**.)

Under 28 U.S.C. § 1448, a non-served defendant may force a remand to state court, if either or both defendants choose the state forum, by making a timely motion to remand. (*Prickett v. Bonnier Corp.* (N.D. Cal. 4/20/15) 2015 U.S. Dist. LEXIS 51765; 2015 WL 1812798.) "It has long been the rule that removal to federal court is subject to the 'unanimity rule.' In other words, all defendants must consent to or join in the removal. *Id.* This ensures that no one defendant may unilaterally choose to litigate in federal court." (*Id. at *3* [internal citations and quotations omitted.].) "However, it is clear from 28 U.S.C. § 1448 that a later served defendant may exercise its right to choose the state court forum." (Id. at *4.)

In addition, Defendants Markham and his law firm independently consent to remand of this matter to state court. (Klier-Erlich Decl. at ¶ 4.) A motion to remand

1

NOTICE OF MOTION AND MOTION BY DEFENDANT BRIDGET ZERNER TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [28 U.S.C. §§ 1447 (c), 1448.]

under 28 USC §§ 1447 (c) and 1448 is the proper method for challenging removal. (*Prickett*, at *3.)

## II. CONCLUSION

Accordingly, Defendant BRIDGET ZERNER requests that this Court grant her motion to remand this matter to the Los Angeles County Superior Court.

DATED: September 20, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Rinat Klier-Erlich
Attorneys for Defendant BRIDGET ZERNER

G:\docsdata\RKE\Edalat v. Markham - PENDING\Pleadings\ELADAT motion to remand.docx

2
NOTICE OF MOTION AND MOTION BY DEFENDANT BRIDGET ZERNER TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [28 U.S.C. §§ 1447 (c), 1448.]

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 801 S. Figueroa St., 15th Floor, Los Angeles, CA 90017-3012.

On September 20, 2019, I served true and correct copies of the following document(s) described **NOTICE OF MOTION AND MOTION BY DEFENDANT BRIDGET ZERNER TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT [28 U.S.C. §§ 1447 (c), 1448.]** on the interested parties in this action as follows:

Albert T. Liou, Esq.
Shane W. Tseng
LKP GLOBAL LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone: (424) 239-1890
Facsimile: (424) 239-1882
E-mail: aliou@lkpgl.com
steng@lkpgl.com

Attorneys for Plaintiff PAUL ELADAT

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2019, at Los Angeles, California.

_____
Rosa E. Rojas