1  Rinat Klier-Erlich (State Bar No. 188933)
     *rke@manningllp.com*
2  Edwin N. Sasaki (State Bar No. 158930)
     *ens@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant BRIDGET ZERNER

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PAUL ELADAT, an individual,                Case No. 2:19-CV-07373-RGK-MRW

12              Plaintiff,                      Hon. R. Gary Klausner

13       v.                                     **DECLARATION OF RINAT**
                                                **KLIER-ERLICH**
14  JOHN J.E. MARKHAM, II, an
    individual; BRIDGET ZERNER, an             **[Filed Concurrently with Motion to**
15  individual, MARKHAM & READ, and            **Remand and Proposed Order]**
    DOES 1 through 20, inclusive,
16                                              **DATE:  Monday, October 28, 2019**
                Defendants.                     **TIME:    9:00 a.m.**
17                                              **CTRM:  850, 8th floor**

18

19                                             First Amended Complaint filed: 9/5/19
                                               Trial Date: Not Set
20

21

22

23

24

25

26

27

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

## DECLARATION OF RINAT KLIER-ERLICH

I, Rinat Klier-Erlich, declare as follows:

1.     I am an attorney at law duly authorized to practice before all the courts of the State of California and before the United States District Court for the Central District of California, and I am a partner in the law firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record herein for Defendant BRIDGET ZERNER. If called upon to do so, I could and would testify as to the truth of the matters contained within this declaration.

2.     Plaintiff filed this lawsuit in state court in Los Angeles County. They served it on Defendants John Markham and his law firm on 8/23/19. On 8/26/19, Defendants John Markham and his law firm filed their notice of removal to this Court in the Central District of California. But co-Defendant Bridget Zerner was not named in the original complaint filed in state court and was therefore not consulted about the filing of the notice of removal. Co-Defendant Zerner has now been named as a Defendant in the First Amended Complaint, which was filed on or about 9/05/19. She does not consent to federal diversity jurisdiction.

3.     My client Bridget Zerner informed me by email on 9/20/19 that she does not consent to diversity jurisdiction in federal court. A true and correct copy of the email from Co-Defendant Zerner is attached hereto as **Exhibit A**.

4.     I have spoken to Co-Defendants John Markham II and Markham & Read law firm and they consent to remand of this matter to state court.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed on this 20th day of September, 2019, at Los Angeles, California.

Rinat Kleir-Erlich

1

# EXHIBIT "A"

**From:** Bridget Zerner <BZerner@markhamread.com>
**Sent:** Friday, September 20, 2019 1:13 PM
**To:** Edwin Sasaki <ens@MANNINGLLP.COM>; Rinat Klier-Erlich <RKE@manningllp.com>
**Cc:** John Markham <JMarkham@markhamread.com>
**Subject:** Edalat v. Markham & Read

Rinat and Ed:

I write to confirm that I do not consent to removal of this case to federal court and I request you seek remand to state court on my behalf.

Thank you both for your assistance.

Bridget


Bridget A. Zerner
MARKHAM & READ
One Commercial Wharf West
Boston, MA 02110
Tel: 617-523-6329
Fax: 617-742-8604


www.markhamread.com


**MARKHAM & READ is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email. Thank you.**

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**MANNING&KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
ATTORNEYS AT LAW

1

## PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3       At the time of service, I was over 18 years of age and not a party to this
4  action.  I am employed in the County of Orange, State of California.  My business
    address is 801 S. Figueroa St., 15th Floor, Los Angeles, CA  90017-3012.
5

6       On September 20, 2019, I served true and correct copies of the following
    document(s) described **DECLARATION OF RINAT KLIER-ERLICH** on the
7  interested parties in this action as follows:

8       Albert T. Liou, Esq.
9       Shane W. Tseng
        LKP GLOBAL LAW, LLP
10      1901 Avenue of the Stars, Suite 480
        Los Angeles, California 90067
11      Telephone: (424) 239-1890
        Facsimile: (424) 239-1882
12      E-mail: aliou@lkpgl.com
                steng@lkpgl.com
13
        Attorneys for Plaintiff PAUL
14      ELADAT

15      **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
    the document(s) with the Clerk of the Court by using the CM/ECF system.
16  Participants in the case who are registered CM/ECF users will be served by the
    CM/ECF system.  Participants in the case who are not registered CM/ECF users will
17  be served by mail or by other means permitted by the court rules.

18      I declare under penalty of perjury under the laws of the State of California
19  and the United States of America that the foregoing is true and correct and that I am
    employed in the office of a member of the bar of this Court at whose direction the
20  service was made.

21      Executed on September 20, 2019, at Los Angeles, California.

22

23      _____
                Rosa Rojas
24

25

26

27

28

2