Rinat Klier-Erlich (State Bar No. 188933)
  *rke@manningllp.com*
Edwin N. Sasaki (State Bar No. 158930)
  *ens@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants BRIDGET ZERNER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ELADAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J.E. MARKHAM, II, an individual; BRIDGET ZERNER, and individual, MARKHAM & READ, and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No.: 2:19-cv-07373-RGK-MRW<br><br>Hon. R. Garry Klausner<br><br>[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL TO STATE COURT<br><br>[Filed Concurrently with Motion to Remand; Declaration of Rinat Klier Erlich]<br><br>DATE:   Monday, October 28, 2019<br>TIME:    9:00 a.m.<br>CRTRM 850, 8th Floor<br><br>First Amended Complaint filed: 9/5/19<br>Trial Date:  None Set |

Defendant BRIDGET ZERNER has filed a Motion to Remand this case to the Los Angeles County Superior Court. After fully considering the motion, the Court hereby GRANTS the motion for the reasons set forth in the moving papers.

IT IS HEREBY ORDERED that this matter be remanded to the Los Angeles County Superior Court.

Dated: October 25, 2019

*[signature: Gary Klausner]*
_____
UNITED STATES DISTRICT JUDGE

4847-9718-0070.1            1       1
**[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL TO STATE COURT**